**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Donna A Miller<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5367<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 22–21964–GLT | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donna A Miller
aka Donna A Pozzuto

1/18/23

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Donna A Miller  
    Debtor

Case No. 22-21964-GLT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 18, 2023      Form ID: 318      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna A Miller, 164 Courtney Drive, Verona, PA 15147-3602 |
| 15520385 | | Comenity - Big Lots Credit Card, PO Box 650967, Dallas, TX 75265-0967 |
| 15520389 | + | David Burkett, c/o Edgar Snyder & Associates, 600 Grant St, FL 10, Pittsburgh, PA 15219-2828 |
| 15520390 | + | Enterprise Rent-A-Car, 1267 Rodi Rd, Turtle Creek, PA 15145-1038 |
| 15520400 | | Premier Medical Associates PC, PO Box 644984, Pittsburgh, PA 15264-4984 |
| 15520401 | + | Ray Jeter, 126 Ritzland Rd., Pittsburgh, PA 15235-3060 |
| 15520402 | | Revco Solutions, PO Box 2724, Columbus, OH 43216-2724 |
| 15520403 | | UPMC East, PO Box 382059, Pittsburgh, PA 15250-8059 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Jan 19 2023 05:14:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Jan 19 2023 05:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 19 2023 05:14:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 19 2023 00:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jan 19 2023 00:23:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 19 2023 05:14:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15520383 | | EDI: CAPITALONE.COM | Jan 19 2023 05:14:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 15520386 | ^ | MEBN | Jan 19 2023 00:16:34 | Comenity - Victoria's Secret, PO Box 650972, Dallas, TX 75265-0972 |
| 15520387 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2023 00:24:35 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 15520388 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 19 2023 00:25:08 | Credit One Bank, PO Box 98872, Las Vegas, NV |

Case 22-21964-GLT    Doc 17    Filed 01/20/23    Entered 01/21/23 00:31:40    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 18, 2023 | Form ID: 318 | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89193-8872 |
| 15520393 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2023 00:24:00 | Hyundai Motor Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 15520392 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2023 00:24:00 | Hyundai Motor Finance, PO Box 650805, Dallas, TX 75265-0805 |
| 15520391 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2023 00:24:00 | Hyundai Motor Finance, PO Box 20835, Fountain Valley, CA 92728-0835 |
| 15520394 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 19 2023 00:24:00 | Hyundai Motor Finance, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 15520396 | | EDI: LCIICSYSTEM | Jan 19 2023 05:14:00 | I.C. System, Inc., 444 Highway 96 East, PO Box 64437, St. Paul, MN 55164-0437 |
| 15520395 | | EDI: LCIICSYSTEM | Jan 19 2023 05:14:00 | I.C. System, Inc., PO Box 64378, St. Paul, MN 55164-0378 |
| 15520384 | | EDI: JPMORGANCHASE | Jan 19 2023 05:14:00 | Cardmember Service, PO Box 1423, Charlotte, NC 28201-1423 |
| 15520398 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2023 00:23:00 | PNC Bank, PO Box 71335, Philadelphia, PA 19176-1335 |
| 15520399 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 19 2023 00:23:00 | PNC Bank, PO Box 856177, Louisville, KY 40285-6177 |
| 15520397 | | Email/PDF: ebnotices@pnmac.com | Jan 19 2023 00:24:51 | PennyMac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 15520582 | + | EDI: RMSC.COM | Jan 19 2023 05:14:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15520404 | ^ | MEBN | Jan 19 2023 00:16:25 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 20, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed

District/off: 0315-2 | User: admin | Page 3 of 3
Date Rcvd: Jan 18, 2023 | Form ID: 318 | Total Noticed: 29

below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com |
| David J. Romito | on behalf of Debtor Donna A Miller romitoesq@verizon.net  romitoesq@comcast.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | crawfordmcdonald@aol.com  PA68@ecfcbis.com |

TOTAL: 5